A JASON DE BRETTEVILLE, State Bar No. 195069
  jdebretteville@stradlinglaw.com
SALIL BALI, State Bar No. 263001
  sbali@stradlinglaw.com
STRADLING YOCCA CARLSON & RAUTH
A PROFESSIONAL CORPORATION
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: 949 725 4000
Facsimile: 949 725 4100

Attorneys for Defendant
SUNWARD LOGISTICS USA LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| FORD MOTOR COMPANY, a Delaware Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>CROV INC. d/b/a crov.com, a Delaware Corporation; SUNWARD LOGISTICS USA LLC, a California Limited Liability Company; QINGDAO HAIRUNKAIYUAN AUTO PARTS CO., LTD., d/b/a www.freedream4x4.com and also Qingdao Yuanxi Auto Parts Co., LTD., a Chinese business entity; FD-ALL TOGETHER AUTOMOTIVE INC., a California Corporation; and, DOES 1 through 30 inclusive,<br><br>    Defendants. | Case No. 2:22-CV-05552 DSF (AGRx)<br>Hon. Dale S. Fischer<br>Magistrate Alicia G. Rosenberg<br><br>**DEFENDANT SUNWARD LOGISTICS USA LLC'S ANSWER TO PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL**<br><br>Complaint Filed: August 8, 2022<br>Trial Date: Not set |

Defendant Sunward Logistics USA LLC ("Sunward"), by and through its counsel of record, submits the following answer to the Complaint asserted by Plaintiff Ford Motor Company ("Ford"). Any allegations or averments not specifically admitted herein are denied.

## INTRODUCTION

1. Sunward denies the allegations in Paragraph 1.
2. Sunward denies the allegations in Paragraph 2.
3. Sunward denies the allegations in Paragraph 3.
4. Sunward denies the allegations in Paragraph 4.
5. Sunward lacks knowledge or information sufficient to form a belief about Ford's motivation in bringing this action, and on that basis denies the allegations in Paragraph 5.

## PARTIES

6. Sunward lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 6, and on that basis denies them.
7. Sunward lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 7, and on that basis denies them.
8. Sunward admits the allegations in Paragraph 8.
9. Sunward lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 9, and on that basis denies them.
10. Sunward lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 10, and on that basis denies them.
11. Sunward denies the allegations in Paragraph 11.
12. Sunward lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 12, and on that basis denies them.
13. Sunward denies the allegations in Paragraph 13.
14. Sunward denies the allegations in Paragraph 14.

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-2-
DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT
2:22-CV-05552

## FORD'S ALLEGATIONS RELATING TO JURISDICTION AND VENUE

15. Sunward admits that this action purports to arise under the Lanham Act and, as such, alleges that this Court has subject-matter jurisdiction.

16. Sunward admits that this Court has personal jurisdiction over it. Sunward lacks knowledge or information sufficient to form a belief about the truth of the remainder of the allegations in Paragraph 16, and on that basis denies them.

17. Sunward admits that venue is proper in this District. Sunward lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 17, and on that basis denies them.

## FACTUAL ALLEGATIONS

18. Sunward lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 18, and on that basis denies them.

19. Sunward lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 19, and on that basis denies them.

20. Sunward lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 20, and on that basis denies them.

21. Sunward lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 21, and on that basis denies them.

22. Sunward lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 22, and on that basis denies them.

23. Sunward lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 23, and on that basis denies them.

24. Sunward lacks knowledge or information sufficient to form a belief about the truth of the allegations in the first two sentences of Paragraph 24. Sunward otherwise denies the allegations in Paragraph 24.

25. Sunward denies the allegations in Paragraph 25.

26. Sunward lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 26, and on that basis denies them.

27. Sunward lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 27, and on that basis denies them.

28. Sunward admits that there was an inspection of its New Jersey warehouse in November 2020, but lacks knowledge or information sufficient to form a belief about the truth of all other allegations in paragraph 28, and on that basis denies them.

29. Sunward admits that there was an inspection of its California warehouse in May 2021, but lacks knowledge or information sufficient to form a belief about the truth of all other allegations in paragraph 29, and on that basis denies them.

30. Sunward lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 30, and on that basis denies them.

31. Sunward lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 31, and on that basis denies them.

32. Sunward denies the allegations in Paragraph 32.

33. Sunward denies the allegations in Paragraph 33.

34. Sunward lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 34, and on that basis denies them.

35. Sunward denies the allegations in Paragraph 35.

### Claim One: Federal Trademark Infringement

36. Sunward incorporates by reference its responses to each of the allegations in the preceding paragraphs of the Complaint as if fully set forth herein.

37. Sunward lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 37, and on that basis denies them.

38. Sunward lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 38, and on that basis denies them.

39. Sunward denies the allegations in Paragraph 39.

40. Sunward denies the allegations in Paragraph 40.

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-4-
DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT
2:22-CV-05552

41. Sunward lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 41, and on that basis denies them.

42. Sunward denies the allegations in Paragraph 42.

43. Sunward denies the allegations in Paragraph 43.

44. Sunward denies the allegations in Paragraph 44.

45. Sunward denies the allegations in Paragraph 45.

### Claim Two: Federal Trademark Counterfeiting

46. Sunward incorporates by reference its responses to each of the allegations in the preceding paragraphs of the Complaint as if fully set forth herein.

47. Sunward denies the allegations in Paragraph 47.

48. Sunward denies the allegations in Paragraph 48.

49. Sunward denies the allegations in Paragraph 49.

50. Sunward denies the allegations in Paragraph 50.

51. Sunward denies the allegations in Paragraph 51.

52. Sunward denies the allegations in Paragraph 52.

### Claim Three: Federal Unfair Competition

53. Sunward incorporates by reference its responses to each of the allegations in the preceding paragraphs of the Complaint as if fully set forth herein.

54. Sunward denies the allegations in Paragraph 54.

55. Sunward denies the allegations in Paragraph 55.

56. Sunward denies the allegations in Paragraph 56.

57. Sunward denies the allegations in Paragraph 57.

58. Sunward denies the allegations in Paragraph 58.

### DEMAND FOR JURY TRIAL

Defendant demands a jury trial on all issues that may be so tried.

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-5-
DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT
2:22-CV-05552

### Prayer for Relief

Sunward denies the allegations contained in Ford's Prayer for Relief and denies that Ford is entitled to any relief, including, but not limited to, the relief requested in subparts A through J of the Prayer and each and every subpart thereof.

### AFFIRMATIVE DEFENSES AND OTHER DEFENSES

Sunward asserts the following Affirmative Defenses without assuming the burden of proof as to any issue, claim, or defense for which Ford bears the burden of proof, and reserving the right to amend this Answer and any defense, and to assert any additional defenses, when, and if, in the course of investigation, discovery, preparation for trial, or otherwise it becomes appropriate to assert such modified or additional defenses. Sunward raises the following separate, distinct and affirmative defenses:

### First Defense: Failure to State a Claim

1. Ford's Complaint, and each and every claim therein, fails to state a claim against Sunward upon which relief may be granted.

### Second Defense: No Federal Trademark Infringement

2. Sunward did not infringe any of Ford's federal trademark rights.

### Third Defense: No Federal Trademark Counterfeiting

3. Sunward did not counterfeit any of Ford's federal trademarks.

### Fourth Defense: No Federal Unfair Competition

4. Sunward did not engage in unfair competition under federal law.

### Fifth Defense: No Proximate Cause

5. Sunward's conduct was not the proximate cause of any alleged injury or damage to Plaintiff.

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-6-
DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT
2:22-CV-05552

### Sixth Defense: Laches and Estoppel

6. Ford's Complaint is barred by the doctrine of laches and/or estoppel.

Dated: October 6, 2022

STRADLING YOCCA CARLSON & RAUTH, P.C.

By: */s/ Salil Bali*
Jason de Bretteville
Salil Bali

Attorneys for Defendant
SUNWARD LOGISTICS USA LLC

Stradling Yocca
Carlson & Rauth
Lawyers
Newport Beach

-7-
DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT
2:22-CV-05552