1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

9

FORD MOTOR COMPANY, a
Delaware corporation,

10

             Plaintiff,

11

12

        v.

13

CROV INC. d/b/a crov.com, a
Delaware Corporation; SUNWARD
LOGISTICS USA LLC, a California
Limited Liability Company; QINGDAO
HAIRUNKAIYUAN AUTO PARTS
CO., LTD., d/b/a
www.freedream4x4.com and also
Qingdao Yuanxi Auto Parts Co., LTD.,
a Chinese business entity; FD-ALL
TOGETHER AUTOMOTIVE INC., a
California Corporation; YUNQI
"JACKY" HAN, an individual;
YUNFANG "CHERYL" HAN, an
individual; and, DOES 3 through 30
inclusive,

14
15
16
17
18
19
20
21
22

23

             Defendants.

24

Case No. 2:22-CV-05552-DSF-AGR

**ORDER RE PERMANENT
INJUNCTION**

Honorable Dale S. Fischer

25
26
27
28

Plaintiff Ford Motor Company ("Ford"), by and through its counsel, and Defendant Sunward Logistics USA LLC ("Sunward"), by and through its counsel, (together, the "Parties"), having **STIPULATED** and **AGREED** to the Court's entry of the following permanent injunction, the Court **ORDERS** as follows:

## STIPULATED FINDINGS

WHEREAS, Ford has a pending civil action in the United States District Court for the Central District of California against certain defendants, including Sunward, which alleges claims under the Lanham Act for trademark infringement and counterfeiting, as well as unfair competition, principally related to the alleged importation, distribution, and resale of allegedly counterfeit Ford-branded products, Case No. 2:22-CV-05552-DSF-AGR (the "Civil Action");

WHEREAS, Sunward has denied the allegations against it in the Civil Action;

WHEREAS, the Parties have informed the Court that they have entered a Confidential Settlement Agreement to resolve the Civil Action as between them, which includes the entry of this Order re stipulated permanent injunction (the "Order"), as well as the voluntary dismissal of the Civil Action with prejudice as to Sunward;

WHEREAS, Sunward has stipulated to the Court's jurisdiction over it, and has stipulated to the facts necessary to establish jurisdiction over the Civil Action, for purposes of entering and/or enforcing this Order and/or any other terms of the Confidential Settlement Agreement; and,

WHEREAS, Ford has stipulated to the voluntary dismissal of Sunward with prejudice upon entry of this Order pursuant to Fed. R. Civ. Proc. 41(a), and has informed the Court that it intends to file the same following entry of this Order.

## ORDER RE PERMANENT INJUNCTION

Accordingly, the Court **HEREBY ORDERS** that Sunward, including its officers, agents, representatives, employees, parent entities, subsidiaries, and all persons and/or entities in active concert or participation with any of them, who

receive actual notice of this Order by personal service or otherwise, shall be forever and permanently restrained and enjoined from shipping, importing, storing, advertising, promoting, marketing, offering to sell, selling, or otherwise distributing or facilitating the distribution of any counterfeit Ford-branded product(s), and/or otherwise infringing any of Ford's trademarks.

The Court shall retain jurisdiction to make such orders as may be needed, if any, to enforce this injunction or the terms of the settlement between the Parties.

**IT IS SO ORDERED.**

DATED: December 1, 2023

Dale S. Fischer
United States District Judge