1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10  FORD MOTOR COMPANY, a
    Delaware corporation,

11
                                        Case No. 2:22-CV-05552-DSF-AGR
12          Plaintiff,
                                        **ORDER RE STIPULATED**
                                        **PERMANENT INJUNCTION**
13      v.

14  CROV INC. d/b/a crov.com, a
    Delaware Corporation; SUNWARD       Honorable Dale S. Fischer
15  LOGISTICS USA LLC, a California
    Limited Liability Company; QINGDAO
16  HAIRUNKAIYUAN AUTO PARTS
    CO., LTD., d/b/a
17  www.freedream4x4.com and also
    Qingdao Yuanxi Auto Parts Co., LTD.,
18  a Chinese business entity; FD-ALL
    TOGETHER AUTOMOTIVE INC., a
19  California Corporation; YUNQI
    "JACKY" HAN, an individual;
20  YUNFANG "CHERYL" HAN, an
    individual; and, DOES 3 through 30
21  inclusive,

22
23          Defendants.
24
25
26
27
28

Plaintiff Ford Motor Company ("Ford"), by and through its counsel, and Defendant Crov Inc. D/B/A crov.com ("Crov"), by and through its counsel, (together, the "Parties"), having **STIPULATED** and **AGREED** to the Court's entry of the following permanent injunction, the Court **ORDERS** as follows:

## STIPULATED FINDINGS

WHEREAS, Ford has a pending civil action in the United States District Court for the Central District of California against certain defendants, including Crov, which alleges claims under the Lanham Act for trademark infringement and counterfeiting, as well as unfair competition, principally related to the alleged importation, distribution, and resale of allegedly counterfeit Ford-branded products, Case No. 2:22-CV-05552-DSF-AGR (the "Civil Action");

WHEREAS, Crov has denied Ford's allegations in the Civil Action;

WHEREAS, the Parties have informed the Court that they have entered a Confidential Settlement Agreement to resolve the Civil Action as between them, which includes the entry of this Order re stipulated permanent injunction (the "Order"), as well as the voluntary dismissal of the Civil Action with prejudice as to Crov;

WHEREAS, Crov has stipulated to the Court's jurisdiction over it, and has stipulated to the facts necessary to establish jurisdiction over the Civil Action, for purposes of entering and/or enforcing this Order and/or any other terms of the Confidential Settlement Agreement; and,

WHEREAS, Ford has stipulated to the voluntary dismissal of Crov with prejudice upon entry of this Order pursuant to Fed. R. Civ. Proc. 41(a), and has informed the Court that it intends to file the same following entry of this Order.

## ORDER RE PERMANENT INJUNCTION

Accordingly, the Court **HEREBY ORDERS** that Crov, including its officers, agents, representatives, employees, and all persons and/or entities in active concert or participation with any of them, who receive actual notice of this Order by

personal service or otherwise, shall be forever and permanently restrained and enjoined from transporting, shipping, importing, storing, advertising, promoting, marketing, offering to sell, selling, or otherwise distributing or facilitating the distribution of any counterfeit Ford-branded product(s) and/or otherwise infringing any of Ford's trademarks identified in this Civil Action.

The Court shall retain jurisdiction to make such orders as may be needed, if any, to enforce this injunction or the terms of the settlement between the Parties.

**IT IS SO ORDERED.**

DATED: January 10, 2024

Dale S. Fischer
United States District Judge