JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORD MOTOR COMPANY, a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>CROV INC. d/b/a crov.com, a Delaware Corporation; SUNWARD LOGISTICS USA LLC, a California Limited Liability Company; QINGDAO HAIRUNKAIYUAN AUTO PARTS CO., LTD., d/b/a www.freedream4x4.com and also Qingdao Yuanxi Auto Parts Co., LTD., a Chinese business entity; FD-ALL TOGETHER AUTOMOTIVE INC., a California Corporation; YUNQI "JACKY" HAN, an individual; YUNFANG "CHERYL" HAN, an individual; and, DOES 3 through 30 inclusive,<br><br>　　　　　Defendants. | No.: 2:22-cv-05552-DSF-AGR<br><br>JUDGMENT |

　　The Court having granted Plaintiff Ford Motor Company's motion for default judgment against Defendants Qingdao Hairunkaiyuan Auto Parts Co., Ltd., FD-All Together Automotive Inc., Yunqi "Jacky" Han, and Yunfang "Cheryl" Han (collectively, the Defaulted Defendants), and having found that Plaintiff is entitled to monetary damages in the amount of $4,000,000,

IT IS ORDERED AND ADJUDGED that judgment be entered in favor of Plaintiff Ford Motor Company and against Defendants Qingdao Hairunkaiyuan Auto Parts Co., Ltd., FD-All Together Automotive Inc., Yunqi "Jacky" Han, and Yunfang "Cheryl" Han.

Defendants are, jointly and severally, ordered to pay Plaintiff $4,000,000 in statutory damages.

The Court further orders that each of the defaulted Defendants, their principals, officers, agents, employees, attorneys, successors, assigns, affiliates, joint ventures, or any person(s) in active concert or participation with any of the defaulted Defendants, or any person(s) acting for, with, by, through, or under their control, who receives(s) actual notice of this Order, are permanently enjoined and restrained from doing, authorizing or procuring any persons to do any of the following unless modified by further Court order:

>   (a) Manufacturing, licensing, shipping, storing, selling, offering for sale, distributing, importing, exporting, advertising, promoting, or displaying any goods or services, or participating in the manufacture, license, ship, store, sale, offer for sale, distribution, import, export, advertisement, promotion, or display of any goods or services that display, reproduce, counterfeit, or otherwise infringe any of the Ford Trademarks;

>   (b) Using by word, term, name, symbol, or device that causes or is likely to cause confusion, mistake, deception, or otherwise falsely suggest any affiliation or association of the defaulted Defendants or its products or services with Ford, or as to the origin of the defaulted Defendants' goods or services, or any false designation of origin, false or misleading descriptions or representation of fact, any false or misleading advertising, or any other act of unfair competition against Ford;

>   (c) Further infringing the rights of the Ford Trademarks as to which the defaulted Defendants have been found liable for infringement, or otherwise damaging Ford's goodwill or business reputation; and,

(d) Assisting, facilitating, aiding or abetting any person or entity engaging or performing any act prohibited by this Order.

Date: June 20, 2024

Dale S. Fischer
United States District Judge